# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Reset Form

FILED
CLERK, U.S. DISTRICT COURT

5/9/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CDO _____ DEPUTY

Case Number          2:24-cr-00295-RGK          Defendant Number   4

U.S.A. v.   FAT Brands, Inc.          Year of Birth   N/A

[✓] Indictment          [ ] Information          Investigative agency (FBI, DEA, etc.)   FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   2019-2020

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[ ] Orange          [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino          [ ] Other _____

Citation of Offense   15 USC 78m(k)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No          [ ] Yes

If "Yes," Case Number: N/A

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:   N/A

Case Number:   N/A

Assigned Judge:   N/A

Charging: N/A

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:   Vicki Chou

Phone Number:   (213) 788-4765

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*          [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*          [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the   N/A   superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number N/A

The superseded case:

[ ] is still pending before Judge/Magistrate Judge
N/A

[ ] was previously dismissed on   N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*          [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*          [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes          [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

N/A

**OTHER**

☐ Male          ☐ Female

☐ U.S. Citizen    ☐ Alien

Alias Name(s)    N/A

This defendant is charged in:

☐ All counts

☑ Only counts:    16-17

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud            ☐ tax offenses

☐ environmental issues        ☐ mail/wire fraud

☐ narcotics offenses          ☐ immigration offenses

☐ violent crimes/firearms      ☑ corporate fraud

☐ Other

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:    N/A

b. Posted bond at complaint level on:    N/A

   in the amount of $ N/A

c. PSA supervision?    ☐ Yes    ☐ No

d. Is on bail or release from another district:
N/A

Defendant is **in custody**:

a. Place of incarceration:    ☐ State    ☐ Federal

b. Name of Institution:    N/A

c. If Federal, U.S. Marshals Service Registration Number:
N/A

d. ☐ Solely on this charge.  Date and time of arrest:
N/A

e. On another conviction:    ☐ Yes    ☐ No

   IF YES :  ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:    ☐ Yes    ☐ No

   IF YES :  ☐ State    ☐ Federal    AND

   Name of Court:    N/A

   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date    05/09/2024

Signature of Assistant U.S. Attorney

Kevin B. Reidy

Print Name