31 Mars 2025





USA v. Andrew Wiederhorn et.al.
2:24-cr-295-RGK

Dear Clerk to Judge Klausner:

According to the Los Angeles Times, an assistant US Attorney assigned to this case, Adam Schleifer, was suddenly fired on Friday 28 Mars 2025.

I respectfully ask that you set an order to show cause to determine how this happened.

(2)

It appears to be active interference in the prosecution of a pending criminal case.

District judges are among the few lines of defense against trump's destruction of our democracy. ~~[scribbled out]~~ Please help!

I have no connection with any of the parties or counsel in this matter.

Thank you,



Clerk to the Hon. R. Gary Klausner
Courtroom 850
US Courthouse (ABRe? by)
255 East Temple Street
Los Angeles, CA 90012

USA v Wiederhorn
2:24-cr-295-RGK