# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ANDREW A. WIEDERHORN, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cr−00295−RGK<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 4/2/2025 | 112 | LETTER TO JUDGE KLAUSNER filed by Defendant Andrew A. Wiederhorn |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    The document is STRICKEN for the reasons indicated in the Notice to Filer of Deficiencies [113]. Further, defendant is represented by counsel who should advise defendant that direct communication with the Court by represented parties is prohibited.

DATED: April 8, 2025                    /s/ *R. Gary Klausner*
                                                        United States District Judge

G–112B (07/24)     **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**