GIBSON, DUNN & CRUTCHER LLP
DOUGLAS FUCHS, SBN 196371
  DFuchs@gibsondunn.com
NICOLA HANNA, SBN 130694
  NHanna@gibsondunn.com
JIMMY ROTSTEIN, SBN 305072
  JRotstein@gibsondunn.com
RAYCHEL TEASDALE, SBN 335034
  RTeasdale@gibsondunn.com
BRENNA GIBBS, SBN 342388
  BGibbs@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant*
*Andrew A. Wiederhorn*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00295-RGK |
|---|---|
| Plaintiff, | **DEFENDANT ANDREW WIEDERHORN'S NOTICE OF *EX PARTE* APPLICATION TO AMEND DOCKET NUMBER 114** |
| V. | |
| ANDREW A. WIEDERHORN, WILLIAM J. AMON, REBECCA D. HERSHINGER, and FAT BRANDS INC., | *[Memorandum of Points and Authorities; Declaration of Douglas Fuchs and [Proposed] Order filed concurrently herewith]* |
| Defendants. | **Trial**: October 28, 2025<br>**Dept**: Courtroom 850, 8th Floor<br>**Judge**: Honorable R. Gary Klausner |

# NOTICE OF *EX PARTE* APPLICATION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, through undersigned counsel, Defendant Andrew A. Wiederhorn will and does hereby apply *ex parte* to correct the record and respectfully requests that Docket Number 114 be amended to remove the last sentence in the docket text and associated Minute Order.

Pursuant to Local Rule 7-19 and this Court's Standing Order, on April 9, 2025, Mr. Wiederhorn's' counsel emailed AUSA Kevin Reidy and AUSA Benedetto Balding informing them that Mr. Wiederhorn was filing an *ex parte* application seeking the relief requested herein, and that per this Court's Standing Order, if the government intended to oppose Mr. Wiederhorn's *ex parte* application, it was required to file an opposition by 3 p.m. on April 11, 2025. Declaration of Douglas Fuchs ¶ 3. The government told Mr. Wiederhorn's counsel that it takes no position on Mr. Wiederhorn's *ex parte* application. *Id.* ¶ 4. Counsel for the government can be reached at:

> US ATTORNEYS' OFFICE
> Kevin Reidy
> kevin.reidy@usdoj.gov
> Benedetto L. Balding
> benedetto.balding@usdoj.gov
> 312 North Spring Street Los Angeles, CA 90012
> T. 213-894-0141

This Application is based on this Notice of Application, the attached Memorandum of Points and Authorities, the Declaration of Douglas M. Fuchs and exhibits attached thereto, the [Proposed] Order filed concurrently herewith, all of the pleadings and papers on file in this action, all matters of which this Court may take judicial notice, and on such other and further oral or documentary evidence as may be presented to the Court at or prior to a hearing on this Application.

DATED: April 10, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Douglas Fuchs
Douglas Fuchs

*Attorney for Defendant*
*Andrew A. Wiederhorn*