BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8536
    Facsimile: (213) 894-0141
    E-mail: kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW A. WIEDERHORN,<br>WILLIAM J. AMON,<br>REBECCA D. HERSHINGER, and<br>FAT BRANDS INC.,<br><br>        Defendants. | No. CR 24-00295-RGK<br><br><u>GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AGAINST ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)</u> |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court, to dismiss the Indictment

//

//

1 without prejudice in the above-referenced case against all
2 defendants.  Defendants do not oppose this motion.

3  Dated: July 29, 2025                Respectfully submitted,

4                                      BILAL A. ESSAYLI
                                       United States Attorney
5

6
                                           /s/
7                                      KEVIN B. REIDY
                                       Assistant United States Attorney
8
                                       Attorneys for Plaintiff
9                                      UNITED STATES OF AMERICA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28